Certificate Number: 17572-PAM-DE-038422668

Bankruptcy Case Number: 24-00941


17572-PAM-DE-038422668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2024, at 12:30 o'clock PM PDT, Charlene R House completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 28, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor