# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlene R. House,

        Debtor.

Case No. 24-00941 HWV

Chapter 13

### Order Granting Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(b) ("the Schedules") on or before May 14, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by May 14, 2024.

4. Any request for an extension of time must be filed prior to May 14, 2024.

By the Court,

_/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 8, 2024