UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlene R. House,

Debtor.

Case No. 1:24-bk-00941 HWV

Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Doc. 13, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. § 521(a)(1) and Federal Rule of Bankruptcy Procedure 1007(b) ("the Schedules") on or before July 15, 2024.

3. This case may be dismissed without further notice if the Schedules are not filed by the deadline stated in paragraph 2.

4. No further extensions of time will be considered.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 15, 2024