In re:  Case No. 24-00941-HWV
Charlene R. House  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: May 15, 2024     Form ID: ntnew341     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charlene R. House, 2701 N 5th St, Harrisburg, PA 17110-2015 |
| 5610618 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5610620 | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 5610621 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 5610630 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 15 2024 18:37:00 | Pennsylvania Housing Finance Agency-Hemap, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5610597 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 18:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5610598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 18:43:14 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5610600 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 5610601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610603 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610604 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610605 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610606 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610607 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 15 2024 18:37:00 | Comenity/mrsota, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 18:37:00 | Comenitybank/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610613 | | Email/Text: mrdiscen@discover.com | May 15 2024 18:37:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5611972 | | Email/Text: mrdiscen@discover.com | May 15 2024 18:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5610614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 18:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5610599 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2024 18:43:18 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5610616 | | Email/Text: fesbank@attorneygeneral.gov | May 15 2024 18:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5610619 | + | Email/Text: bankruptcynotices@psecu.com | May 15 2024 18:37:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5610615 | + | Email/Text: blegal@phfa.org | May 15 2024 18:37:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 5610617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5613456 | + | Email/Text: blegal@phfa.org | May 15 2024 18:37:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5610618 | ^ | MEBN | May 15 2024 18:32:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5610622 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:22 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 5610623 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610624 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:22 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610625 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:14 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610626 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:18 | Synchrony Bank/Howards, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610627 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:18 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610628 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:22 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610629 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 18:43:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610631 | ^ | MEBN | May 15 2024 18:32:48 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5610632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 18:43:14 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5610633 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 15 2024 18:43:22 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com |
| Michael A. Cibik | on behalf of Debtor 1 Charlene R. House help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlene R. House,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00941−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: June 27, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 15, 2024 |

ntnew341 (09/23)