UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlene R. House,

Debtor.

Case No. 1:24-bk-00941 HWV

Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, Doc. 21, and it appearing that the Court's May 15, 2024 Order already extends the deadline to file these documents until July 15, 2024 and indicates that no further extensions will be considered, Doc. 14, it is

**ORDERED** that the Motion is **DENIED** as moot.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 4, 2024