United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00941-HWV
Charlene R. House  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 28, 2024      Form ID: ntcnfhrg      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Charlene R. House, 2701 N 5th St, Harrisburg, PA 17110-2015 |
| 5610620 | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 5610621 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 5610630 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jun 28 2024 18:37:00 | Pennsylvania Housing Finance Agency-Hemap, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5610597 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 18:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5610598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 18:42:24 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5610600 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 5610601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610603 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610604 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610605 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610606 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610607 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 18:37:00 | Comenity/mrsota, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5610612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2024 18:37:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 28 2024 18:37:00 | | Comenitybank/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610613 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 18:37:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5611972 | | Email/Text: mrdiscen@discover.com | Jun 28 2024 18:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5610614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2024 18:37:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5610599 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 28 2024 18:42:50 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5610616 | | Email/Text: fesbank@attorneygeneral.gov | Jun 28 2024 18:37:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5610619 | + | Email/Text: bankruptcynotices@psecu.com | Jun 28 2024 18:37:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5610615 | + | Email/Text: blegal@phfa.org | Jun 28 2024 18:37:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 5610617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 28 2024 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5613456 | + | Email/Text: blegal@phfa.org | Jun 28 2024 18:37:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5610618 | ^ | MEBN | Jun 28 2024 18:36:34 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5624516 | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2024 18:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5610622 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:22 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 5610623 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:53:07 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610625 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:50 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610626 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:39 | Synchrony Bank/Howards, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610627 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:38 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610628 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:49 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610629 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 18:42:25 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5619131 | + | Email/Text: bankruptcy@bbandt.com | Jun 28 2024 18:37:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 5610631 | ^ | MEBN | Jun 28 2024 18:36:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5610632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2024 18:42:22 | Walmart Credit Services/Capital One, Attn: |

| | | | |
|---|---|---|---|
| 5610633 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2024 18:42:38 | Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285<br>Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com |
| Michael A. Cibik | on behalf of Debtor 1 Charlene R. House help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Charlene R. House,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00941−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 7, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: August 14, 2024<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 28, 2024 |

ntcnfhrg (08/21)