# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 24-00941-HWV
Charlene R. House )
)
Debtor. ) Chapter 13

## Motion to Dismiss Chapter 13 Case

Debtor Charlene R. House, through her attorney, moves the Court to dismiss this case in the form of order attached.

Date: October 30, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-
mail@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: October 30, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik