# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)  Case No. 24-00941-HWV
Charlene R. House )
)  Chapter 13
Debtor. )

**Order Granting Motion to Dismiss Chapter 13 Case**

And now, after consideration of the Motion to Dismiss Case filed by Debtor Charlene R. House, with proper notice, the Court finds as follows:

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.