UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 1:24-bk-00941-HWV |
| Charlene R. House ) | |
| ) | Chapter 13 |
| Debtor. ) | |

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtor Charlene R. House, Doc. 35, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 31, 2024