United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Charlene R. House  
    Debtor

Case No. 24-00941-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 31, 2024      Form ID: pdf010      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charlene R. House, 2701 N 5th St, Harrisburg, PA 17110-2015 |
| cr | + | c/oKellie Rahl-Heffn Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. 4060, Allentown, PA 18105-4060 |
| 5610620 | | Santander Bank, Attn: Bankruptcy MA1-MB3-01-09 POB 84100, Boston, MA 02284 |
| 5630509 | | Santander Bank, N.A., c/o Kellie Rahl-Heffner, 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 5610621 | | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 5610630 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Oct 31 2024 18:47:00 | Pennsylvania Housing Finance Agency-Hemap, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5610597 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 31 2024 18:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5610598 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2024 19:00:57 | Cbusasears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5610600 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 5610601 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610602 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Bedford Fair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610603 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610604 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610605 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610606 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610607 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| 5610610 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenity/mrsota, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5610612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 31 2024 18:47:00 | Comenitybank/onestop, ATTN: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5610613 | | Email/Text: mrdiscen@discover.com | Oct 31 2024 18:46:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5611972 | | Email/Text: mrdiscen@discover.com | Oct 31 2024 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5610614 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2024 18:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5610599 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2024 18:49:28 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 5610616 | | Email/Text: fesbank@attorneygeneral.gov | Oct 31 2024 18:47:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5610619 | + | Email/Text: bankruptcynotices@psecu.com | Oct 31 2024 18:47:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5610615 | + | Email/Text: blegal@phfa.org | Oct 31 2024 18:47:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 5610617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2024 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5613456 | + | Email/Text: blegal@phfa.org | Oct 31 2024 18:47:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 5610618 | ^ | MEBN | Oct 31 2024 18:45:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5624516 | | Email/Text: bnc-quantum@quantum3group.com | Oct 31 2024 18:47:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5610622 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:01:40 | Syncb/Care Credit, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 5610623 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:01:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:02:29 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610625 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:02:27 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610626 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:02:28 | Synchrony Bank/Howards, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610627 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:01:46 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610628 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 18:49:27 | Synchrony/HSN, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5610629 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2024 19:00:43 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5619131 | + | Email/Text: bankruptcy@bbandt.com | Oct 31 2024 18:47:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 5610631 | ^ | MEBN | Oct 31 2024 18:45:04 | U.S. Department of Justice, 950 Pennsylvania Ave |

| | | | | |
|---|---|---|---|---|
| 5610632 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2024 19:02:29 | NW, Washington, DC 20530-0009<br>Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5610633 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 31 2024 19:02:29 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

**Name**  **Email Address**

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Katie Housman
    on behalf of Creditor Pennsylvania Housing Finance Agency-Hemap khousman@pkh.com

Kellie Rahl-Heffner
    on behalf of Creditor c/oKellie Rahl-Heffn Santander Bank N.A. krahl-heffner@grossmcginley.com
    jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

Michael A. Cibik
    on behalf of Debtor 1 Charlene R. House help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
) Case No. 1:24-bk-00941-HWV
Charlene R. House )
) Chapter 13
Debtor. )

## ORDER

Upon consideration of the Motion to Dismiss Case filed by Debtor Charlene R. House, Doc. 35, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 31, 2024